**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00858-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

SUSAN GENTRY, and
LISA LUCERO, On Behalf of Themselves and Others Similarly Situated,

    Plaintiffs,

v.

NATIONAL MULTI LIST SERVICE INC.,
JAMES JONES, and
JIM BRAND,

    Defendants.

---

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES**

---

Plaintiffs, through counsel, has submitted a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  The Court has determined that the submitted documents are deficient as described in this Order.  Plaintiffs will be directed to cure the following if they wish to pursue their claims.  Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or habeas application
(9)   __   An original and a copy have not been received by the court. Only an original has been received.
(10)   __   other:

**Complaint, Petition or Application**:
(11) ___ is not submitted
(12) ___ is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) _X_ other: Plaintiffs request service by Marshals Service but fail to provide addresses of named Defendants. Plaintiffs need to provide addresses or inform the Court that they intend to effect service themselves.

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above **within fourteen days from the date of this Order** or service of process will be the responsibility of Plaintiffs. Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order.

DATED March 26, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge