**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-00858-PAB-KMT

SUSAN GENTRY and LISA LUCERO, on behalf of themselves and others similarly situated

    Plaintiff,

v.

NATIONAL MULTI LIST SERVICE INC.;
JAMES JONES; and JIM BRAND

    Defendants.

---

## NOTICE TO CLERK REGARDING FRCP 55(a) DEFAULT OF ALL DEFENDANTS

---

TO THE CLERK:

The Defendants in this case were served with the First Amended Complaint pursuant to F.R.C.P. 4. *See* Ex. 1 ¶ 2; Ex. A to Ex. 1 (returns of service). Attached as Exhibit 1 is a Declaration by Plaintiffs' attorney showing that the Defendants have failed to plead or otherwise defend within the time limits set by the F.R.C.P and that the individual defendants are not members of the active military. Pursuant to F.R.C.P. 55(a), "the Clerk must enter the [Defendants'] default."

                                                    Respectfully Submitted,

                                                    s/Alexander Hood
                                                    Alexander Hood
                                                    Towards Justice

                                      1535 High St., Suite 300
                                      Denver, CO 80401
                                      Tel.: 720-239-2606
                                      Fax: 303-957-2289
                                      Email: alex@towardsjustice.org

                                      Attorney for the Plaintiffs

## Certificate of Service

I hereby certify that on 12/9/15 I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

James Jones
Jim Brand
NATIONAL MULTI LIST SERVICE INC.
2009 Wadsworth Blvd
Suite 205
Denver, CO 80204

James Jones
Jim Brand
NATIONAL MULTI LIST SERVICE INC.
1516 XAVIER
DENVER, CO 80204

                                                   s/ Alexander Hood
                                                   Alexander Hood